# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 507 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of December, 2018, Brian D. Catanzarite, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of six years, commencing January 1, 2019.